| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report: |
|---|---|---|
| LIMBAUGH, STEPHEN N | U.S. District Court-E.D.Mo. | 6/10/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ○ Nomination, Date 7/19/1983 <br> ○ Initial  ● Annual  ○ Final | 1/1/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Thomas F. Eagleton U.S. Cthous <br> 111 S. Tenth Street, Rm 3.125 <br> St. Louis, MO. 63102 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 15 A 11:02 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lands, Inc. | | None | K | W | | | | | |
| 2. Coker Knob Tree Farm (1/3%) | | None | K | W | | | | | |
| 3. William Jewell College Municipal Bonds | A | Interest | K | T | | | | | |
| 4. St. Louis, Mo. Water Revenue Bonds | B | Interest | K | T | | | | | |
| 5. Missouri Environmental Bonds | A | Interest | J | T | | | | | |
| 6. Bank of America Savings Account | A | Interest | J | T | | | | | |
| 7. Wentzville, Mo. School Bonds | A | Interest | J | T | | | | | |
| 8. AG Edwards Money Mkt | A | Interest | J | T | Buy | 2/2 | J | | |
| 9. Montgomery First Natl Bk | A | Interest | J | T | Buy | 7/12 | J | | |
| 10. Twenty Grand Syndicate Investment Club | | | | | | | | | |
| 11. a. Enbridge Energy | A | Dividend | | | Sell | 6/15 | J | | |
| 12. b. MBNA Corp. | A | Dividend | J | T | | | | | |
| 13. c. Engineered Support Systems ( shares) | A | Dividend | | | Sell | 5/12 | J | | |
| 14. d. Engineered Support Systems ( shares) | A | Dividend | J | T | | | | | |
| 15. e. General Dynamics ( shares) | A | Dividend | | | Sell | 3/22 | J | | |
| 16. f. Intel | A | Dividend | | | Sell | 7/20 | J | | |
| 17. g. Commerce Bank ( shares) | A | Dividend | J | T | | | | | |
| 18. h. General Maritime | | None | | | Sell | 4/28 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$60,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. I. Dell | | None | | | Sell | 12/21 | J | | |
| 20. j. Pfizer, Inc. | | None | | | Sell | 6/15 | J | | |
| 21. k. Berkshire Hathaway CL B | A | Dividend | J | T | Buy | 2/17 | J | | |
| 22. l. Berkshire Hathaway CL B | A | Dividend | | | Sell | 11/16 | J | | |
| 23. m. Sysco Corp. | A | Dividend | J | T | Buy | 5/20 | J | | |
| 24. n. Sysco Corp. | A | Dividend | | | Sell | 11/16 | J | | |
| 25. o. Teva | A | Dividend | J | T | Buy | 6/15 | J | | |
| 26. p. Teva | A | Dividend | | | Sell | 11/16 | J | | |
| 27. q. Regional Financial Ins. Trust | A | Dividend | J | T | Buy | 6/19 | J | | |
| 28. r. Commerce Bank | A | Dividend | J | T | Buy | 5/20 | J | | |
| 29. s. Constellation Brands (███ shares) | A | Dividend | J | T | Buy | 1/21 | J | | |
| 30. t. Constellation ands (███ shares) | A | Dividend | J | T | Buy | 7/20 | J | | |
| 31. u. Walgreen (███ shares) | A | Dividend | J | T | Buy | 5/20 | J | | |
| 32. v. Walgreen (███ share ) | A | Dividend | J | T | Buy | 7/20 | J | | |
| 33. w. Interstate Bakeries | | None | J | T | Buy | 10/21 | J | | |
| 34. x. Dow Chemical Co. | A | Dividend | J | T | Buy | 11/16 | J | | |
| 35. y. Devon Energy Corp. | A | Dividend | J | T | Buy | 11/16 | J | | |
| 36. z. Disney Co. | A | Dividend | J | T | Buy | 11/16 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $60,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. aa. Southwest Bank | | None | J | T | | | | | |
| 38. bb. Stifel Nicolas Money Mkt | A | Interest | J | T | . | | | | |
| 39. | | | | | | | | | |
| 40. Farewell Investment Syndicate | | | | | | | | | |
| 41. a. Maytag | | None | | | Sell | 2/4 | J | | |
| 42. b. Walgreen | A | Dividend | J | T | | | | | |
| 43. c. EMC | | None | J | T | | | | | |
| 44. d. Neogen | | None | J | T | | | | | |
| 45. e. RPM | | None | J | T | | | | | |
| 46. f. Lowes Cos. | A | Dividend | | | Sell | 7/1 | J | | |
| 47. g. Home Depot | | None | J | T | | | | | |
| 48. h. Pfizer | | None | J | T | | | | | |
| 49. i. Regis | | None | J | T | | | | | |
| 50. j. General Maritime | | None | J | T | | | | | |
| 51. k. Bunge Ltd. | | None | J | T | | | | | |
| 52. l. Duke Realty | | None | | | Sell | 8/4 | J | | |
| 53. m. Microsoft | | None | J | T | | | | | |
| 54. n. Cardinal Health Inc. | A | Dividend | | | Sell | 9/20 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. o. Northern Trust | A | Dividend | | | Sell | 4/30 | J | | |
| 56. p. Pay Chex | | None | | | Sell | 2/4 | J | | |
| 57. q. Conoco Phillips | A | Dividend | J | T | Buy | 6/28 | J | | |
| 58. r. Conoco Phillips | | None | J | T | Buy | 11/22 | J | | |
| 59. s. 2 Berkshire Hathaway Cl B | A | Dividend | J | T | Buy | 6/28 | J | | |
| 60. t. Johnson & Johnson | A | Dividend | J | T | Buy | 4/27 | J | | |
| 61. u. Johnson & Johnson | A | Dividend | J | T | Buy | 6/28 | J | | |
| 62. v. Interstate Bakeries | | None | J | T | Buy | 11/29 | J | | |
| 63. w. L-3 Communications | | None | J | T | Buy | 11/1 | J | | |
| 64. x. National City Corp. | | None | J | T | Buy | 8/27 | J | | |
| 65. y. National City Corp. | | None | J | T | Buy | 9/24 | J | | |
| 66. z. Schering Plough | A | Dividend | J | T | Buy | 2/27 | J | | |
| 67. a-1. JC Penney | A | Dividend | J | T | Buy | 4/30 | J | | |
| 68. a-2. JC Penney | | None | J | T | Buy | 11/22 | J | | |
| 69. a-3. US Bancorp | A | Dividend | J | T | Buy | 4/30 | J | | |
| 70. a-4. US Bancorp | A | Dividend | J | T | Sell | 9/29 | J | | |
| 71. a-5. Henry Schein | | None | J | T | Buy | 2/2 | J | | |
| 72. a-6. Henry Schein | | None | J | T | Sell | 2/2 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. a-7. Maytag | | None | J | T | Buy | 2/2 | J | | |
| 74. a-8. Maytag | | None | J | T | Sell | 2/2 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Exhibit A:

VII. Investments and Trusts:

1,  Lands, Inc., A Missouri Corporation located in Cape Girardeau, Missouri.  The main asset of the company is a farm located in Bollinger County, Missouri.

2.  Coker Knob Tree Farm consists of timberland located north of the northern boundary of the City of Cape Girardeau, Missouri.

3.  Number 10-a to bb on Schedule VII, are investment club assets in which the reporting person has a 1/24th interest.  Number 40, a to a-8 on Schedule VII,  are also investment club assets in which the reporting person has a 1/24th interest.  The value of each security listed is the total value of the asset of which the undersigned has an interest.  All of the assets listed in Schedule VII are owned by Trust No. 1.

Exhibit A:

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIMBAUGH, STEPHEN N | 6/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _10 June 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

STEPHEN N. LIMBAUGH
SENIOR DISTRICT JUDGE

September 2, 2005

(314) 244-7400

Hon. Mary M. Lisi, Chair
Judicial Conference Committee on
    Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar year 2004 Filing

Dear Judge Lisi:

Thank you for your inquiry of August 29, 2005.

On my report for the calendar year of 2002, Part VII, Page I, Line 6, I reported the sale of one-half of my interest in Bank of America Investment Services.

In my report for the calendar year 2003, I also showed on Page 1, Paragraph 7, Line 6, the sale of one-half of my interest in Bank of America Investment Services.

Accordingly, the full interest that I had in those Services were sold April 11, 2003. Since I was fully divested of my interest in Bank of American Investment Services as of that date, it was unnecessary that I list that interest in my report of 2004 as I had no further interest.

I understand that this letter is considered an amendment to, or an explanation of, my 2004 report. Three copies of this letter are furnished.

Yours very truly,



Stephen N. Limbaugh

RECEIVED
2005 SEP -8 A 11:10
FINANCIAL DISCLOSURE OFFICE